**STATE of Missouri, Respondent,**

v.

**Michael Craig FERGUSON, Appellant.**

**No. WD 44153.**

Missouri Court of Appeals,
Western District.

June 25, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 1991.

Application to Transfer Denied
Sept. 10, 1991.

---

W. Bevis Schock, Lester & Schock, St. Louis, for appellant.

Joe L. Moseley, Pros. Atty., Kevin M.J. Crane, Asst. Pros. Atty., Columbia, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction of driving while intoxicated, § 577.010, RSMo 1986, and sentence of 30 days in jail and fine of $300.00.

Affirmed. Rule 30.25(b).